**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **ANDRES FELIPE BOSCAN CESPEDES,**<br>Petitioner,<br><br>v.<br><br>**WARDEN,** Warden of Irwin County Detention Center; et al.<br>Respondents. | Case No. 7:26-cv-00262 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner and his counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice against all Respondents.

Respectfully submitted this 17th day of September, 2026

/s/ Karla Verma
Karla Verma
karla@mikalawfirm.com
Counsel for Petitioner

SO ORDERED this 22nd day
of September, 2026
W. Louis Sands
W. Louis Sands, SR. Judge
United States District Court